IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CR68 |
| | ) | |
| MARIO DAVON WATSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

At the hearing on the defendant's initial appearance on the 19th day of March 2008, the court gave oral permission for the defendant to be released to the U. S. Marshal for a viewing at a funeral home, allowing some family members to be present.

That permission is hereby amended, the defendant is released to the U.S. Marshal for a private viewing of the deceased, with no other persons or family members allowed to be present.

IT IS SO ORDERED.

DATED this 20th day of March, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge