UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MARIO WATSON, )<br>)<br>Defendant. ) | 8:08CR68<br><br>**FINAL ORDER OF<br>FORFEITURE** |

NOW ON THIS 11th day of August, 2008, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture.  The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1.  On June 3, 2008, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Section 922(g)(1), 924(d) and Title 28, United States Code, Section 2461(c), based upon the Defendant's plea of guilty to Count I and II of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in a P94 Ruger .40 caliber pistol with a laser sight, serial number 340-89500, and a SKS CJA 7.62x39 mm rifle, serial number 3004071, were forfeited to the United States.

2.  On June 26, July 3 and 10, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on August 8, 2008 (Filing No. 23).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the P94 Ruger .40 caliber pistol with a laser sight, serial number 340-89500, and a SKS CJA 7.62x39 mm rifle, serial number 3004071, held by any person or entity, are hereby forever barred and foreclosed.

C. The P94 Ruger .40 caliber pistol with a laser sight, serial number 340-89500, and a SKS CJA 7.62x39 mm rifle, serial number 3004071, be, and the same hereby are, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 11th day of August, 2008.

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**